# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| **PARUS HOLDINGS INC.,**<br>　　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**AMAZON.COM, INC.,**<br>　　　　　　　　　**Defendant.** | Civil Action No. 23-cv-190-GBW-CJB<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR EXPEDITED RELIEF

Plaintiff Parus Holdings Inc. ("Parus") respectfully submits this Motion for Expedited Relief in connection with its Motion to Strike. As more fully set forth in the Motion to Strike, Defendant Amazon.com, Inc. ("Amazon") proposed new constructions, significantly differing from both its Invalidity Contentions and those in the Joint Claim Construction Chart(s) submitted before this Court, for six of the nine terms in its Responsive Claim Construction Brief. Parus has moved to strike the new constructions.

Parus' Reply Claim Construction Brief is currently due March 8, 2024 and the *Markman* hearing is set for May 7, 2024. Parus, therefore, respectfully requests expedited consideration of its Motion to Strike, so that Parus may have the benefit of the Court's ruling in preparing its Reply Brief. Specifically, Parus requests that the Court order Amazon to respond to the Motion to Strike by February 23, 2024 and Parus to files its reply by February 27, 2024.

| | |
|---|---|
| Dated: February 20, 2024 | Respectfully submitted,<br><br>**FARNAN LLP**<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>John B. Campbell (*pro hac vice*)<br>jcampbell@mckoolsmith.com<br>Caroline E. Burks (*pro hac vice*)<br>cburks@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>Casey L. Shomaker (*pro hac vice*)<br>cshomaker@mckoolsmith.com<br>**MCKOOL SMITH, P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, Texas 75201<br>Telephone: (214) 978-4000<br>Facsimile: (214) 978-4044<br><br>Alan P. Block (*pro hac vice*)<br>ablock@McKoolSmith.com<br>**MCKOOL SMITH HENNIGAN, P.C.**<br>300 S. Grand Avenue, Suite 2900<br>Los Angeles, California 90071<br>Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234<br><br>***ATTORNEYS FOR PLAINTIFF***<br>***PARUS HOLDINGS, INC.*** |